# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ANDREW THOMPSON AND HEATHER THOMPSON | Case No. 5:24-cv-00811-KK-DTB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| STATE FARM GENERAL INSURANCE COPMANY, ANDREA ACEVEDO and DOES 1 to 10 | Action Filed:    September 21, 2023 Trial Date:      June 30, 2025 |
| Defendants | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE in its entirety**.

Dated:    March 18, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

1